Fill in this information to identify the case:

United States Bankruptcy Court for the:

__NORTHERN__ District of __GEORGIA__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 205
## Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   *Check one*

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: __COYNE SCIENTIFIC LLC__

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or doing business as names.

   __AMNION LABORATORIES, LLC__

4. Debtor's federal Employer Identification Number (EIN)

   ☐ Unknown

   __4 6 - 2 3 9 8 5 1 9__
   EIN

5. Debtor's address

   **Principal place of business**

   __58 EDGEWOOD AVE__
   Number    Street

   __1ST FLOOR, ROOM 112__

   __ATLANTA__    __GA__    __30303__
   City              State    ZIP Code

   __FULTON__
   County

   **Mailing address, if different**

   __3931 GLENHURST DR__
   Number    Street

   _____
   P O Box

   __SMYRNA__    __GA__    __30080__
   City              State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number    Street

   _____
   City              State    ZIP Code

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

Debtor  COYNE SCIENTIFIC, LLC  Case number (if known)_____
         Name

**6. Debtor's website (URL)**   WWW.COYNESCIENTIFIC.COM

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

**Part 3:  Report About the Case**

**10. Venue**

Check one:
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205         Involuntary Petition Against a Non-Individual         page 2

Debtor  COYNE SCIENTIFIC LLC
Name

Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | THE COYNE PARTNERSHIP, INC. | CONSULTING AND MATERIALS SUPPLY | $ 247,526.14 |
| | | | $ |
| | | | $ |
| | (SEE ATTACHED FOR ADDITIONAL INFORMATION) | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

THE COYNE PARTNERSHIP, INC.
Name

3931 GLENHURST DR.
Number  Street

SMYRNA          GA      30080
City            State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

KEVIN P. COYNE
Name

8 OLD PACES PLACE
Number  Street

ATLANTA         GA      30327
City            State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/03/2017
            MM/DD/YYYY

X _____ P. C_____
Signature of petitioner or representative, including representative's title

**Attorneys**

BRIAN L. SCHLEICHER
Printed name

NORTH ATLANTA LAW GROUP, P.C.
Firm name, if any

2475 NORTHWINDS PKWY, SUITE 130
Number  Street

ALPHARETTA              GA      30009
City                    State   ZIP Code

Contact phone 770-667-1290   Email BSCHLEICHER@NORTHATLANTALAW.NET

Bar number  629321

State   GEORGIA

X _____
Signature of attorney

Date signed 08/03/2017
            MM/DD/YYYY

Debtor _____COYNE SCIENTIFIC LLC_____                                    Case number (if known)_____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | BRAD HAMILTON | CONSULTING FEES AND EXPENSES | $ 18,959.05 |
| | | | $ _____ |
| | | | $ _____ |
| | | Total of petitioners' claims | $ _____ |

### Part 4: Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                          **Attorneys**

Name and mailing address of petitioner

BRAD HAMILTON
_____                                       _____
Name                                                                    Printed name

19 ASPEN RD.
_____                                       _____
Number   Street                                                         Firm name, if any

LITTLETON          MA        01460
_____                                       _____
City               State     ZIP Code                                   Number   Street

                                                                        _____
Name and mailing address of petitioner's representative, if any          City            State      ZIP Code

                                                                        Contact phone _____ Email _____
_____
Name
                                                                        Bar number _____
_____
Number   Street
                                                                        State _____
_____
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/3/2017
            MM / DD / YYYY                                              X _____
                                                                        Signature of attorney
X  /s/ Brad Hamilton
_____                                       Date signed _____
Signature of petitioner or representative, including representative's title         MM / DD / YYYY

Debtor  COYNE SCIENTIFIC LLC
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| KEVIN AND GERGANA INVESTMENTS LLC | UNSECURED LOANS | $ 937,000.00 |
| | RENT | $ 4571.30 |
| | | $ |
| | Total of petitioners' claims | $ 941,571.30 |

## Part 4: Request for Relief

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U S C §§ 152, 1341, 1519, and 3571

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

KEVIN AND GERGANA INVESTMENTS, LLC
Name

8 OLD PACES PLACE
Number  Street

ATLANTA        GA       30327
City           State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____    _____    _____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2017
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

BRIAN L. SCHLEICHER
Printed name

NORTH ATLANTA LAW GROUP, P.C.
Firm name, if any

2475 NORTHWINDS PKWY, STE. 130
Number  Street

ALPHARETTA        GA       30009
City              State    ZIP Code

Contact phone  770-667-1290   Email BSCHLEICHER@NORTHATLANTALAW.NET

Bar number  629321

State  GEORGIA

X _____
Signature of attorney

Date signed  08/03/2017
             MM / DD / YYYY

Debtor: **COYNE SCIENTIFIC LLC**
Name

Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| KEVIN P. COYNE | UNSECURED LOANS | $ 230,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

KEVIN P. COYNE
Name

8 OLD PACES PLACE
Number  Street

ATLANTA        GA        30327
City           State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/03/2017
MM / DD / YYYY

X _[signed]_ P. Coyne
Signature of petitioner or representative, including representative's title

**Attorneys**

BRIAN L. SCHLEICHER
Printed name

NORTH ATLANTA LAW GROUP, P.C.
Firm name, if any

2475 NORTHWINDS PKWY, SUITE 130
Number  Street

ALPHARETTA        GA        30009
City              State     ZIP Code

Contact phone 770-667-1290    Email BSCHLEICHER@NORTHATLANTALAW.NET

Bar number  629321

State  GEORGIA

X _[signed]_
Signature of attorney

Date signed 08/03/2017
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  COYNE SCIENTIFIC LLC
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| BRIAN HATCH | CONSULTING FEES | $ 3737.50 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

BRIAN HATCH
Name

3406 32ND STREET, APT. 9B
Number   Street

ASTORIA          NY        11106
City             State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State ____ ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State ____ ZIP Code ____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/05/2017
         MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Debtor __COYNE SCIENTIFIC LLC__          Case number (if known) _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| DALLAS COYNE | CONSULTING FEES | $ 3765.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

DALLAS COYNE
Name

1034 PARK HILL DRIVE
Number   Street

BIRMINGHAM       AL        35242
City             State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/03/2017
            MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City     State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

Official Form 205       Involuntary Petition Against a Non-Individual       page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                  )
                                        )
COYNE SCIENTIFIC, LLC,                  )    CHAPTER 7
a Delaware limited liability company,   )
                                        )    CASE NO. _____
        Alleged Debtor.                 )
                                        )    (Involuntary Proceeding)

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED BANKER RULE 1010(b)

Petitioning Creditor, The Coyne Partnership, Inc., a Georgia corporation, is owned by the following equity holders:

Kevin P. Coyne
8 Old Paces Place
Atlanta GA 30327

Date:  August 3, 2017

/s/ Kevin P. Coyne
Kevin P. Coyne, President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)
) CHAPTER 7
COYNE SCIENTIFIC, LLC, )
a Delaware limited liability company, )
) CASE NO. _____
)
Alleged Debtor. )
) (Involuntary Proceeding)

## CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO FED BANKER RULE 1010(b)

Petitioning Creditor, Kevin and Gergana Investments, LLC, a Georgia limited liability company, is owned by the following equity holders:

Kevin P. Coyne
8 Old Paces Place
Atlanta GA 30327

Krista A. Coyne
8 Old Paces Place
Atlanta ,GA 30327

Jennifer Coyne McIntosh
3015 Brookmont Place
Charlotte, North Carolina 28210

Patricia Kemper Coyne
6 Havana Lane
Key West Florida 33040

Date:  August 3, 2017

/s/ Kevin P. Coyne
Kevin P. Coyne, Manager